a felony which is not deemed violent for sentencing purposes. *(Cf., People v Tilman,* 114 AD2d 799, 800; Penal Law § 70.02 [1] [c].) Accordingly, the use of the 1977 conviction as a predicate for adjudicating defendant a second violent felony offender was improper, and we modify the appealed judgment to reflect that defendant's true predicate status is that of a second felony offender.

Despite the erroneous adjudication of defendant as a second violent felony offender, the sentence imposed was both legal and appropriate in duration. The 7-to-14-year term imposed was considerably less than the 12½-to-25-year maximum term to which defendant might have been sentenced. In view of the seriousness of the crimes involved, it cannot be said that the sentence which defendant agreed to as a result of his plea bargain was excessive. Nevertheless, the matter should be remanded for resentencing since it is uncertain whether the court's error concerning defendant's predicate status influenced its determination of the sentence imposed. Concur—Murphy, P J., Ross, Asch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY DRIVERS, Appellant.—Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered on April 10, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABEL TAVERAS, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered on July 1, 1985, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Carro, Asch, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAR TORRES, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered on July 1, 1985, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Carro, Asch, Ellerin and Wallach, JJ.

■ JOSEPH K. BONACORSA, Respondent, v JOHN VAN LINDT, as Chairman of the New York State Racing and Wagering Board, et al., Appellants.—Judgment of the Supreme Court,